NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TAMMY R. BRIGHAM,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2012-3129

---

Petition for review of an arbitrator's decision in case nos. BR-2011-R-0004 and BR-2011-R-0018 by Daniel L. Feinstein.

---

**ON MOTION**

---

**ORDER**

The Social Security Administration moves without opposition for leave to file a corrected informal response brief and appendix via electronic case filing out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**JUL 19 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Tammy Brigham
     Gregg P. Yates, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 9 2012

JAN HORBALY
CLERK